D/WI Prob 22
(Rev 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Trans. Court) |
|---|
| 0757 2:23CR00211 - 4 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 2:25-cr-00337-CDS-DJA |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brooke Doughty | Eastern District of Wisconsin | Milwaukee |

| ADDRESS | NAME OF SENTENCING JUDGE |
|---|---|
| 3600 South University Center Drive<br>Apt. P305<br>Las Vegas, NV 89169 | Chief U.S. District Judge Pamela Pepper |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Probation | 05/27/2025 | 05/26/2027 |

**OFFENSE**

NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE

**JUSTIFICATION/REASON FOR TRANSFER** (eg., prosocial ties, employment/education opportunities, violation of supervision)

Following sentencing, the District of Nevada accepted supervision of this case as Ms. Doughty established a residence at 3600 South University Center Dr. Las Vegas, NV 89169 as well as full time employment at Taco Bell located at 1109 E. Twain Las Vegas, NV 89109. The District of Nevada is now requesting a transfer of jurisdiction from the Eastern District of Wisconsin to the District of Nevada as Ms. Doughty wishes to remain in Nevada throughout the duration of her supervised release term and beyond.

```
  X  FILED       ___ RECEIVED
 ___ ENTERED    ___ SERVED ON

        11/14/2025

    CLERK, U.S. DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____MAM_____ DEPUTY
```

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 23, 2025
_____Date_____

_[signature]_
Pamela Pepper
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nevada

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 24, 2025
_____Effective Date_____

_[signature]_
Cristina D. Silva, United States District Judge